SINGER SHIP–RITE, INC. v. FELIX RANGEL.

September 16, 1980.

Petition for certification denied.   (See 174  *N.J.Super.* 442)

REPUBLIC PAVING COMPANY v. HARVIN PROPERTY GROUP.

September 16, 1980.

Petition for certification denied.

STATE OF NEW JERSEY v. DARYL HARGRAVE.

September 16, 1980.

Petition for certification denied.

LEMMON COMPANY v. THE NEW JERSEY STATE BOARD
OF MEDICAL EXAMINERS.

September 16, 1980.

Petitions for certification denied.   (See 175  *N.J.Super.* 40)